**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Martin MARTINEZ–ALAVAREZ,**
**Defendant–Appellant.**

**No. 09–50554.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 19, 2010.*

Filed Oct. 27, 2010.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Arnold Dale Blankenship, Assistant U.S. Attorney, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Daniel Casillas, Law Office of Daniel Casillas, San Diego, CA, for Defendant–Appellant.

Before: O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

## MEMORANDUM **

Martin Martinez–Alavarez appeals from the 60–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Martinez–Alavarez contends that the district court procedurally erred by failing to adequately explain the reasons for the sentence and by failing to address Martinez–Alavarez's request for a downward departure. He also contends that his sentence is substantively unreasonable. The district court did not procedurally err, and the below-Guidelines range sentence is substantively reasonable. *See United States v. Carter,* 560 F.3d 1107, 1117–19

** This disposition is not appropriate for publication and is not precedent except as provid-

(9th Cir.2009); *United States v. Carty,* 520 F.3d 984, 992–95 (9th Cir.2008) (en banc).

**AFFIRMED.**